ZELNER *v.* COPELAND *et al.*

HINES, J. The evidence being conflicting, this court can not say that the trial judge abused his discretion in refusing to grant a temporary injunction.        *Judgment affirmed. All the Justices concur.*

No. 4961. AUGUST 14, 1925. REHEARING DENIED SEPTEMBER 23, 1925.

Petition for injunction. Before Judge Bell. Fulton superior court. April 11, 1925.

*W. A. James,* for plaintiff. *T. J. Ripley,* for defendants.